PETER C. ANDERSON
UNITED STATES TRUSTEE
RON MAROKO, Trial Attorney, Bar No. 124770
OFFICE OF THE UNITED STATES TRUSTEE
725 S. Figueroa Street, Suite 2600
Los Angeles, California 90017
(213) 894-4520     Fax: (213) 894-2603
*ron.maroko@usdoj.gov*

FOR COURT USE ONLY

app2dism
Revised 6/98

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re:
   Min J. Kim,
                              Alleged Debtor.

**APPLICATION TO DISMISS CASE UNDER 11 U.S.C. §707(a)AND §305; ANNUL THE STAY RETROACTIVE TO THE DATE OF FILING; DECLARATION IN SUPPORT**

CHAPTER 7 CASE NUMBER
(involuntary case)
LA 09-32057 ER
NO HEARING REQUIRED

TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, AND ALLEGED DEBTOR:

1. Applicant is the United States Trustee for the Central District of California. Declarant is an attorney employed in the Office of the United States Trustee. A proposed order is submitted under separate cover.

2. This case was filed as an involuntary petition against Min J. Kim in chapter 7 on August 19, 2009. A true copy of that involuntary petition is attached hereto as Exhibit "A".

3. **This case should be dismissed without hearing as it is an abusive filing and was not filed by counsel. The sole petitioning creditor, Unimae, Inc. also initiated two other involuntary bankruptcies as the sole petitioning creditor within the last three months and did not prosecuted those cases (on August 31, 2009, Unimae initiated another involuntary case [2:09-bk-33108-ER] as sole petitioning creditor). Further, this petition was filed after the person who signed this petition for Unimae, Inc. was informed by this Court that a corporation needed to be represented by counsel.**

   On June 18, 2009, Jamie Kim signed two involuntary petitions as the director of Unimae, Inc.: In re: Ramy, Inc. (2:09-bk-25429-ER) and In re Hancock, Inc. (2:09-bk-25430-ER). Unimae was the sole petitioning creditor in each instance. The address for Unimae on both petitions were different: 137 N. Larchmont Bl., #607 and 304 S. Plymouth Bl. The Larchmont address was also identified as the address of alleged debtor Hancock, Inc. The Plymouth Bl. address was also identified as the address of alleged debtor Kwang Tae Kim (2:09-bk-25426-ER), also filed on **June 18, 2009.** Jamie Kim signed that petition as the director of petitioning creditor Hancock, Inc. using the Larchmont address

   A person who identified himself as Jamie Kim appeared at the status hearings held on **July 23, 2009** in all three cases. He was instructed that counsel needed to be present on behalf of the corporate petitioning creditor at the continued hearing. No evidence of service of the involuntary summons was provided. The continued status hearings in all three cases was held on **August 27, 2009.** No one appeared on behalf of the petitioning creditor, no evidence of service of the involuntary was submitted, and no evidence of the debt was provided. The Court dismissed the involuntary cases at the hearing and found that the petitions were filed in bad faith. The current filing was also brought to the Court's attention.

*(Motion continued on next page)*

Jamie Kim signed this involuntary petition (2:09-bk-32057-ER) as a manager of Unimae, Inc., whose address on the petition was again 304 S. Plymouth Bl. The petition was filed on **August 19, 2009** without counsel.

Also the Court can consider the relief from stay motions filed in the Ramy, Inc. and Kwang Tae Kim cases involving the alleged debtor's property. In the Ramy, Inc. case , relief from stay was not contested and was granted. The motion in the Kwang Tae Kim has not been heard. The only persons listed on the Master Mailing List are the debtor, LA Capital Bank and FCI Lender Svcs., Inc.

4. This case appears to be part of an abusive scheme[1] to use the Bankruptcy Courts for the improper purpose of stopping foreclosure sales. It was not filed by counsel for the corporate sole petitioning creditor. It was filed on behalf of a person and entity who has filed multiple involuntary cases that have not been prosecuted and have been found in bad faith.

5. 11 U.S.C. §305(a) provides that the Court may dismiss an involuntary case at any time if the interest of creditors and the debtor would be better served by such dismissal. The United States Trustee requests that the Court find this case is an abusive filing, filed in bad faith. Here there are a number of factors that show a pattern of abuse.
A. Multiple involuntary cases initiated by the same person on behalf of corporation in a short time frame as the sole petitioning creditor.
B. Dismissal of multiple involuntary cases filed by the petitioning creditor in this case with findings of bad faith filing after the Court held two status conferences in the cases.
C. Multiple addresses for the same corporate petitioning creditor.
D. The purpose of the involuntary filings, including this case, appear to be to invoke the automatic stay to stop a foreclosure process.
E. The petitioning creditor in this case and the others did not prosecuting multiple cases.
F. The sole petitioning creditor, a corporation, filed this involuntary petition without counsel, especially after the Court made the person who signed the involuntary petition aware that counsel was needed to represent a corporation.

6. Under Local Bankruptcy Rule 9011-2(a) a corporation may not file a petition or otherwise appear without counsel in any case or proceeding. In this instance, Debtor, a corporation, filed its petition without counsel.

7. Under 11 U.S.C. § 707(a) a Court may dismiss a case, after notice and hearing, for a number of reasons, including, but not limited to, unreasonable delay that is prejudicial to creditors. The reasons set forth in §707(a) are "illustrative and not exhaustive." In re Padilla, 222 F. 3d 1184, 1191 (9th Cir. 2000). Section §707(a) has been described as dealing with technical and procedural violations of the Bankruptcy Code. Id., at 1192 and 1193. An improper filing, such as is the case when a corporate debtor files a petition without counsel in violation of Local Bankruptcy Rule 9011-2(a), is such a violation of §707(a). See, Local Bankruptcy Rule 9011-2(d). Abusive involuntary cases would also be a basis for dismissal under section 707(a).

*(Motion continued on next page)*

[1]On August 31, 2009, while the Kwang Tae Kim involuntary case was still pending, Unimae, Inc. filed a second involuntary case against Kwang Tae Kim. The person who signed the petition on behalf of Unimae was Young Jang. No attorney signed the involuntary petition. Unimae's address is listed as 13122 Mesa Verde Way, Sylmar. A true copy of that petition is attached hereto as Exhibit "E". No related case information is disclosed.

8. Under 11 U.S.C. §102(1), "after notice and hearing" can mean that a motion can be ruled upon without an actual hearing, if a party in interest does not request one. Dismissal of this motion without hearing is the appropriate procedure to follow in this case for the following reasons:

A. Service of this motion is being made to all petitioning creditors at the address set forth on the involuntary petition, the alleged debtor and the two other persons listed on the mailing matrix.

B. This case was filed by a corporate debtor without counsel. Furthermore, the person who signed the petition on behalf of the petitioning creditor had knowledge, from the status hearings in the other three involuntary cases that an attorney was necessary to appear for a corporation.

C. This case was filed for an improper purpose, as demonstrated by the other involuntary petitions that the Court found filed in bad faith initiated by this petitioning creditor within the last three months.

Therefore, this case must be dismissed with an annulment of the stay retroactive to the date of filing.

WHEREFORE, the United States Trustee requests that this case be dismissed, with the automatic stay annulled retroactive to the date of filing.

Dated: 9/4/09

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____

Ron Maroko
ATTORNEY FOR THE UNITED STATES TRUSTEE

# DECLARATION OF RON MAROKO

DECLARATION OF RON MAROKO

## DECLARATION OF RON MAROKO,

I, RON MAROKO, declare,

1. I am over the age of 18 and employed as an attorney for the Department of Justice, Office of the United States Trustee. I have personal knowledge of the facts set forth below, unless otherwise stated that it is based upon information and belief, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit "A" is a true copy of the involuntary case against Min J. Kim (and Master Mailing List) filed on August 19, 2009, in case 2:09-bk-32057-ER. The documents was retrieved from ECF/Pacer.

3. Attached hereto as Exhibits "B" - "D" are true copies of the involuntary petitions (and Master Mailing List) signed by Jamie Kim on behalf of Unimae, Inc. and Hancock, Inc. The documents was retrieved from ECF/Pacer.

4. Attached hereto as Exhibit "E" is a true copy of the second Kwang Tae Kim involuntary bankruptcy petition filed on August 31, 2009 (2:09-bk-33108-ER). No Master Mailing List was attached to the petition.

5. Attached hereto as Exhibit "F" are true copies of the first docket page of each of the five petitions attached as Exhibits "A" - "E".

6. I was present status hearing for the Kwang Tae Kim, Ramy, Inc. and Hancock, Inc. status conferences on July 23, 2009, where the Court informed a person who identified himself as Jamie Kim and appeared for the petitioning corporate creditors that counsel needed to appear for the petitioning creditor at the continued status conference. I was also present at the continued status conference held on August 27, 2009. No one appeared on behalf of the petitioning creditor in all three cases when those cases were called. The Court found that the cases were filed in bad faith and orally ordered the dismissal of each of the three.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at Los Angeles, California.

DATED: 9/4/09

RON MAROKO

EXHIBIT "A"

EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT

### INVOLUNTARY PETITION

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Kim, Min J. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):<br>4070 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1344 W 39th St LA, Ca 90062 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Los Angeles      ZIP CODE<br>90062 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7     ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☑ Debts are primarily consumer debts<br>☐ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☑ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below ) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☑ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
(Check applicable boxes)

**COURT USE ONLY**

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
            or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

FILED

AUG 19 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

**TRANSFER OF CLAIM**

i. Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _Manager_ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Unimae, Inc.                          08/18/2009 | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | |
| Name & Mailing          Jamie Kim / Manager | Address |
| Address of Individual          304 S Plymouth Bl | |
| Signing in Representative          La, CA 90020 | Telephone No. |
| Capacity | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                          Date |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Unimae, Inc. 304 S Plymouth Bl La, Ca 90020 | Real estate interest | 100,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

6

## Master Mailing List

LA Capital Bank
107 E 8th St
La, CA 90014

FCI Lender Svcs, Inc.
8180 East Kaiser Blvd
Anaheim Hills, CA 92808

**Debtor**

Min J. Kim
1344 W 39th St
La, Ca 90062

EXHIBIT "B"

EXHIBIT "B"

B 5 (Official Form  5) (12/07)

<table>
<tr><td colspan="2"><b>UNITED STATES BANKRUPTCY COURT</b></td><td><b>INVOLUNTARY PETITION</b></td></tr>
</table>

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Ramy, Inc. | |

| Last four digits of Social-Security or other Individual's Tax-I D  No /Complete EIN (If more than one, state all.): 1703 | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 2301 Beverly Bl La, Ca 90057 | Same |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS Los Angeles  ZIP CODE 90057 | ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

✓ Chapter 7     Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts (Check one box.)<br>Petitioners believe:<br>✓ Debts are primarily consumer debts<br>☐ Debts are primarily business debts | Type of Debtor (Form of Organization)<br>✓ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box.)<br>☐ Health Care Business<br>✓ Single Asset Real Estate as defined in 11 U.S.C § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✓ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District | ✓ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.) |||
|---|---|---|
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1   ✓ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C  § 303 (b).
2   ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a  ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
or
b   ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

FILED

JUN 18 2009

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

9

Name of Debtor  Ramy, Inc.

Case No._____

| TRANSFER OF CLAIM |
|---|
| _ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| Unimae, Inc.                          06/16/2009 | |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing        Jamie Kim/ Director | Address |
| Address of Individual    137 N Larchmont Bl | |
| Signing in Representative   #607 LA, CA 90004 | Telephone No |
| Capacity | |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Unimae, Inc. 137 N Larchmont Bl #607 La, Ca 90004 | Real estate interest | 50,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature to the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

10

## Master Mailing List

Seaside Trustee Inc.
PO Box 2676
Ventura, CA 93001
Loan : 0200049028

**Debtor**

Ramy, Inc.
2301 Beverly Bl
La, CA 90057

EXHIBIT "C"

EXHIBIT "C"

# UNITED STATES BANKRUPTCY COURT

## INVOLUNTARY PETITION

| IN RE (Name of Debtor - If Individual - Last, First, Middle)<br><br>Hancock, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (if more than one, state all.).<br>5679 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>137 N Larchmont Bl #607 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>Same |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Los Angeles        ZIP CODE<br>       90004 |                ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

     ✓ Chapter 7    ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box ) | Type of Debtor<br>(Form of Organization) | Nature of Business<br>(Check one box.) |
|---|---|---|
| Petitioners believe<br><br>✓ Debts are primarily consumer debts<br>☐ Debts are primarily business debts | ✓ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below ) | ☐ Health Care Business<br>✓ Single Asset Real Estate as defined in<br>    11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✓ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District | ✓ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.] |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1.   ✓ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2.   ✓ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code
3.a ✓ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
                          or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### COURT USE ONLY

**FILED**

**JUN 18 2009**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

13

B 5 (Official Form 5) (12/07) – Page 2                    Name of Debtor Hancock, Inc.

Case No. _____

**TRANSFER OF CLAIM**

_ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title)<br>Unimae, Inc.                06/16/2009 | Signature of Attorney                                    Date |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing          Jamie Kim/ Director<br>Address of Individual     304 S Plymouth Bl<br>Signing in Representative   LA, Ca 90020<br>Capacity | Address<br><br>Telephone No. |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                    Date |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br><br>Telephone No. |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                    Date |
| Name of Petitioner                        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Address<br><br>Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Unimae, Inc. 304 S Plymouth Bl La, Ca 90020 | Real estate interest | 100,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners'<br>Claims |

_____ continuation sheets attached

14

## Master Mailing List

John Acierno III, Esq.
C/O GMAC Mortgage, LLC
As serving agent for New Century Mortgage Corp
4375 Jutland Dr #200
San Diego, CA 92117-0933

**<u>Debtor</u>**

Hancock
137 N Larchmont Bl #607
LA, CA 90004

EXHIBIT "D"

EXHIBIT "D"

# UNITED STATES BANKRUPTCY COURT

| | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Kim, Kwang Tae | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>2818 | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>304 S Plymouth Bl<br><br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Los Angeles          ZIP CODE<br>         90020 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>Same<br><br><br><br><br>                       ZIP CODE |
|---|---|

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) |
|---|

| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED |
|---|
| ✔ Chapter 7    i   Chapter 11 |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>✔ Debts are primarily consumer debts<br>☐ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>✔ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>✔ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ✔ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District | ✔ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER<br>OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.) | | |
|---|---|---|
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1   ✔ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b)<br>2   ✔ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3 a. ✔ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>            or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession | FILED<br><br>JUN 18 2009<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>Deputy Clerk |

17

| TRANSFER OF CLAIM |
|---|
| .. Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| | |
|---|---|
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                        Date |
| Hancock, Inc.                          06/16/2009 | |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing          Jamie Kim/ Director | Address |
| Address of Individual       137 N Larchmont Bl | |
| Signing in Representative    #607 LA, CA 90004 | Telephone No. |
| Capacity | |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                        Date |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                        Date |
| Name of Petitioner                  Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Hancock, Inc. 137 N Larchmont Bl #607 La, Ca 90004 | Real estate interest | 100,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

**Debtor**

Kwang Tae Kim
304 S Plymouth Bl
LA, Ca 90020

## Master Mailing List

WAMU
PO Box 44090
Jacksonville, FL 32231-4090

EXHIBIT "E"

EXHIBIT "E"

# UNITED STATES BANKRUPTCY COURT

|  | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)  Kim, Kwang Tae | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):  2818 | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)  304 S Plymouth Bl LA, CA 90020 | MAILING ADDRESS OF DEBTOR (If different from street address)  Same |
|---|---|

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS  Los Angeles                              ZIP CODE                        90020 |                              ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7      ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check one box.)  Petitioners believe:  ☑ Debts are primarily consumer debts ☐ Debts are primarily business debts | Type of Debtor (Form of Organization)  ☑ Individual (Includes Joint Debtor) ☐ Corporation (Includes LLC and LLP) ☐ Partnership ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box.)  ☐ Health Care Business ☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.  ☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached  ☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS (Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.   ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b). 2.   ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code. 3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;                                      or b.   ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession | |

21

**TRANSFER OF CLAIM**

⊔ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney              Date |
| Unimae, Inc.                     08/25/2009 | |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing          Young Jang | Address |
| Address of Individual     13122 Mesa Verde Way | |
| Signing in Representative   Sylmar, CA 91342 | Telephone No. |
| Capacity | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney              Date |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

| | |
|---|---|
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney              Date |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing | Address |
| Address of Individual | |
| Signing in Representative | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Unimae, Inc. 13122 Mesa Verde Way Sylmar, CA 91342 | Real estate interest | 100,000.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note:    If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

22

# EXHIBIT "F"

# EXHIBIT "F"

## U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Bankruptcy Petition #: 2:09-bk-32057-ER

*Date filed:* 08/19/2009

*Assigned to:* Ernest M. Robles
Chapter 7
Involuntary

*Debtor*
**Min J. Kim**
1344 W 39th St
Los Angeles, CA 90062

represented by **Min J. Kim**
PRO SE

*Petitioning Creditor*
**Unimae Inc**
Jamie Kim
304 S Plymouth Bl
Los Angeles, CA 90020

*U.S. Trustee*
**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 08/19/2009 | 1 | Chapter 7 Involuntary Petition. Receipt Number O, Fee Amount $299 Re: Min J. KimFiled by Petitioning Creditor(s): Unimae Inc . (Pavia, Angel) (Entered: 08/19/2009) |
| 08/19/2009 | | Receipt of Involuntary Filing Fee - $299.00 by 94. Receipt Number 20064161. (admin) (Entered: 08/20/2009) |
| 08/27/2009 | 2 | Involuntary Summons Issued on Min J. Kim (Lomeli, Lydia R.) (Entered: 08/27/2009) |
| 08/27/2009 | | Hearing Set (RE: related document(s) 1 Involuntary Petition (Chapter 7) filed by Debtor Min J. Kim, Petitioning Creditor Unimae Inc) Status hearing to be held on 11/4/2009 at 10:00 AM at Crtrm 1568, 255 E Temple St., Los Angeles, CA 90012. (Lomeli, Lydia R.) (Entered: 08/27/2009) |

23

## U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Bankruptcy Petition #: 2:09-bk-25429-ER

*Date filed:* 06/18/2009

*Assigned to:* Ernest M. Robles
Chapter 7
Involuntary

*Debtor*
**Ramy Inc**
2301 Beverly Bl
Los Angeles, CA 90057

represented by **Ramy Inc**
PRO SE

*Petitioning Creditor*
**Kamie Kim**
137 N Larchmont Bl # 607
Los Ange;es, CA 90004

*U.S. Trustee*
**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

| Filing Date | # | Docket Text |
|-------------|---|-------------|
| 06/18/2009 | 1 | Chapter 7 Involuntary Petition. Receipt Number o, Fee Amount $299 Re: Ramy IncFiled by Petitioning Creditor(s):Kamie Kim . (Suarez, Romeo) (Entered: 06/18/2009) |
| 06/18/2009 | | Judge Ernest M. Robles added to case RE: 09-25426-ER (Suarez, Romeo) (Entered: 06/18/2009) |
| 06/18/2009 | | Receipt of Chapter 7 Filing Fee - $299.00 by 39. Receipt Number 20060147. (admin) (Entered: 06/19/2009) |
| 06/22/2009 | 2 | Involuntary Summons Issued on Ramy Inc (Lomeli, Lydia R.) (Entered: 06/22/2009) |
| 06/22/2009 | | Hearing Set (RE: related document(s) 1 Involuntary Petition (Chapter 7) filed by Debtor Ramy Inc, Petitioning Creditor Kamie Kim) Status hearing to be held on 7/23/2009 at 10:00 AM at Crtrm 1568, 255 E Temple St., Los Angeles, CA 90012. (Lomeli, Lydia R.) (Entered: 06/22/2009) |
| | | Request for courtesy Notice of Electronic Filing (NEF) Filed by |

24

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Bankruptcy Petition #: 2:09-bk-25430-ER

*Date filed:* 06/18/2009

*Assigned to:* Ernest M. Robles
Chapter 7
Involuntary

*Debtor*
**Hancock Inc**
137 N Larchmont Bl # 607
Los Angeles, CA 90004

represented by **Hancock Inc**
PRO SE

*Petitioning Creditor*
**Jamie Kim**
304 S Plymouth Bl
. Los Angeles, CA 90020

*U.S. Trustee*
**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

| Filing Date | # | Docket Text |
|---|---|---|
| 06/18/2009 | 1 | Chapter 7 Involuntary Petition. Receipt Number o, Fee Amount \$299 Re: Hancock IncFiled by Petitioning Creditor(s):Jamie Kim . (Suarez, Romeo) (Entered: 06/18/2009) |
| 06/18/2009 | | Judge Ernest M. Robles added to case RE: 09-25426-ER , 09-25429-ER (Suarez, Romeo) (Entered: 06/18/2009) |
| 06/18/2009 | | Receipt of Involuntary Filing Fee - \$299.00 by 39. Receipt Number 20060151. (admin) (Entered: 06/19/2009) |
| 06/22/2009 | 2 | Involuntary Summons Issued on Hancock Inc (Lomeli, Lydia R.) (Entered: 06/22/2009) |
| 06/22/2009 | | Hearing Set (RE: related document(s) 1 Involuntary Petition (Chapter 7) filed by Debtor Hancock Inc, Petitioning Creditor Jamie Kim) Status hearing to be held on 7/23/2009 at 10:00 AM at Crtrm 1568, 255 E Temple St., Los Angeles, CA 90012. (Lomeli, Lydia R.) (Entered: 06/22/2009) |

25

## U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Bankruptcy Petition #: 2:09-bk-25426-ER

*Date filed:* 06/18/2009

*Assigned to:* Ernest M. Robles
Chapter 7
Involuntary

*Debtor*
**Kwang Tae Kim**
304 S Plymouth Bl
Los Angeles, CA 90020

represented by **Kwang Tae Kim**
PRO SE

*Petitioning Creditor*
**Jamie Kim**
137 N Larchmont Bl # 607
Los Angeles, CA 90004

*U.S. Trustee*
**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

| Filing Date | # | Docket Text |
|---|---|---|
| 06/18/2009 | 1 | Chapter 7 Involuntary Petition. Receipt Number o, Fee Amount $299 Re: Kwang Tae KimFiled by Petitioning Creditor(s):Jamie Kim . (Suarez, Romeo) (Entered: 06/18/2009) |
| 06/18/2009 | | Receipt of Chapter 7 Filing Fee - $299.00 by 39. Receipt Number 20060145. (admin) (Entered: 06/19/2009) |
| 06/22/2009 | 2 | Involuntary Summons Issued on Kwang Tae Kim (Lomeli, Lydia R.) (Entered: 06/22/2009) |
| 06/22/2009 | | Hearing Set (RE: related document(s) 1 Involuntary Petition (Chapter 7) filed by Debtor Kwang Tae Kim, Petitioning Creditor Jamie Kim) Status hearing to be held on 7/23/2009 at 10:00 AM at Crtrm 1568, 255 E Temple St., Los Angeles, CA 90012. (Lomeli, Lydia R.) (Entered: 06/22/2009) |
| | | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 304 South Plymouth Boulevard, Los Angeles, California 90020 *With Proof of Service*. Fee Amount $150, Filed by Creditor JPMorgan Chase |

26

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
## Bankruptcy Petition #: 2:09-bk-33108-ER

*Date filed:* 08/28/2009

*Assigned to:* Ernest M. Robles
Chapter 7
Involuntary

*Debtor*
**Kwang Tae Kim**
304 S Plymouth Bl
Los Angeles, CA 90020

represented by **Kwang Tae Kim**
PRO SE

*Petitioning Creditor*
**Young Jang**
13122 Mesa Verde Way
Sylmar, CA 91342

*U.S. Trustee*
**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

| Filing Date | # | Docket Text |
|---|---|---|
| 08/28/2009 | 1 | Chapter 7 Involuntary Petition. Receipt Number O, Fee Amount $299 Re: Kwang Tae KimFiled by Petitioning Creditor(s):Young Jang . (Lazarte, Val ) (Entered: 08/28/2009) |
| 08/28/2009 | | Judge Ernest M. Robles added to case RE LA09-25426 ER. (Lazarte, Val ) (Entered: 08/28/2009) |
| 08/28/2009 | | Receipt of Involuntary Filing Fee - $299.00 by 13. Receipt Number 20064755. (admin) (Entered: 08/31/2009) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/03/2009 18:36:53 | | |
| **PACER Login:** | **Client Code:** | |

27

| In re: Kim | | CHAPTER | 7 (involuntary) |
|---|---|---|---|
| | Debtor(s) | CASE NUMBER | 2:09-bk-32057-ER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as: **APPLICATION TO DISMISS CASE UNDER 11 U.S.C. §707(a) AND §305; ANNUL THE STAY RETROACTIVE TO THE DATE OF FILING; DECLARATION IN SUPPORT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 4, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

### SEE ATTACHED SERVICE LIST

⊠     Service information continued on attached page

**II.     SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 4, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

### SEE ATTACHED SERVICE LIST

⊠     Service information continued on attached page

**III.     SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 4, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

### SEE ATTACHED SERVICE LIST

⊠     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/4/09 | Helen Cruz | *[signature]* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

### ADDITIONAL SERVICE INFORMATION

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

*Not applicable (no trustee)*

## SERVED BY U.S. MAIL OR OVERNIGHT MAIL:

**Alleged Debtor**
Min J. Kim
1344 W 39th St
Los Angeles, CA 90062

**Petitioning Creditor**
Unimae Inc
Jamie Kim / Manager
304 S Plymouth Bl
Los Angeles, CA 90020

**Petitioning Creditor address
(Per CA Secretary of State)**
Unimae, Inc.
Attn: JAMES JANG,
Agent for Service of Process
304 S Plymouth Blvd
Los Angeles, CA 90020

**Other entities identified on the Master Mailing List**
LA Capital Bank
107 E. 8th Street
Los Angeles, CA 90014

FCI Lender Svcs Inc.
8180 East Kaiser Blvd.
Anaheim Hills, CA 92808

## SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:

Hon. Ernest M. Robles
Delivered to bin outside of Suite 1560
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012-3332

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**